PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Faith S. Hochberg |
| Plaintiff, | : | Criminal Action No. 03-784 |
| v. | : | ORDER |
| Lenesha Randolph, | : | |
| Defendant. | : | |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), attorney for plaintiff United States for an Order Compelling defendant to comply with plaintiff's Subpoena for financial information/documentation and the appearance at deposition; and the Court having considered the matter and for good and sufficient cause shown,

IT IS on this 19th day of November, 2010,

ORDERED that defendant appear at the Office of the United States Attorney for the District of New Jersey, 970 Broad Street, Suite 700, Newark, New Jersey on December 2, 2010 at 11:00 am for a deposition; on or before that same date, defendant

shall produce the requested financial information/documentation requested in the subpoena.

_____
HON. FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE